■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN RIVERA, Appellant.—Judgment unanimously affirmed. Memorandum: It was in the trial court's discretion to grant an

order excluding witnesses from observing the trial, and the fact that a witness might have disobeyed such order does not disqualify the witness from testifying *(see, People v Cody,* 182 AD2d 1089 [decided herewith]; *People v Lloyde,* 106 AD2d 405; *see also,* Richardson, Evidence § 462, at 451 [Prince 10th ed]). Defendant's remaining contentions, including his claim that he was denied a fair trial by prosecutorial misconduct on cross-examination and summation, were not preserved for review *(see,* CPL 470.05 [2]), and we decline to reach them in the interest of justice *(see,* CPL 470.15 [6]; *People v Brooks,* 163 AD2d 864, *lv denied* 76 NY2d 984). (Appeal from Judgment of Supreme Court, Erie County, Marshall, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.